**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 5:20-cv-01971-FLA (SPx) | Date | September 21, 2022 |
|---|---|---|---|
| Title | Jason Beinbrech v. Matthews International Corporation, et al. | | |

| Present: The Honorable | FERNANDO L. AENLLE-ROCHA<br>UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Freeman | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** **(IN CHAMBERS) ORDER DISMISSING ACTION [DKT. 30]**

### Ruling

On February 4, 2022, the parties filed a Joint Notice of Settlement and Stipulation Vacating Motion for Class Certification and Trial Deadlines ("Notice of Settlement"). Dkt. 21. On February 14, 2022, the court vacated all pretrial and trial dates and deadlines and Ordered the parties to file a joint status report regarding the status of the settlement or a motion for preliminary approval of class action settlement by April 8, 2022. Dkt. 22. The parties did not timely respond.

On April 19, 2022, the court Ordered the parties to Show Cause ("OSC") why the action should not be dismissed for lack of prosecution. Dkt. 23. The parties filed a joint status report on April 19, 2022, stating they had fully executed a Memorandum of Understanding and were in the process of drafting the long-form settlement agreement and related papers. Dkt. 24. Plaintiff further stated he anticipated filing a motion for preliminary approval of the settlement within approximately sixty (60) calendar days. *Id.* On April 20, 2022, the parties filed a response to the OSC, apologizing for their failure to file a joint status report timely and requesting the court not dismiss the action. Dkt. 25. After reviewing and considering the parties' joint status report and response to the OSC, the court discharged the OSC and Ordered the parties to file a motion for preliminary approval of class action settlement or a further joint status report on or before June 19, 2022. Dkt. 26.

On June 17, 2022, the parties filed a further joint status report, stating they were in the process of revising and finalizing the settlement papers. Dkt. 27. Plaintiff stated again that he anticipated filing a motion for preliminary approval of class action settlement within approximately sixty (60) calendar days. *Id.* After reviewing and considering the parties' further joint status report, the court Ordered the parties to file a second further joint status report or a motion for preliminary approval of class action settlement on or before August 19,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:20-cv-01971-FLA (SPx) | Date | September 21, 2022 |
| Title | Jason Beinbrech v. Matthews International Corporation, et al. | | |

2022.   Dkt. 28.

      On August 19, 2022, the parties filed a second further joint status report, in which they stated yet again that they were finalizing the settlement papers.  Dkt. 29.  Plaintiff further stated he anticipated filing a motion for preliminary approval of class action settlement within thirty (30) calendar days.  *Id.*

      On August 23, 2022, the court issued an order documenting this sequence of events.  Dkt. 30.  The court noted specifically that the parties did not offer any explanation for why they had not been able to finalize the settlement agreement during the prior six months.  *Id.*  Accordingly, the court reinstated the OSC and continued the deadline to respond to the OSC to September 19, 2022, stating that the filing of a motion for preliminary approval of class action settlement would constitute a sufficient response.  *Id.*  The court advised the parties they should not expect a further extension of this deadline absent a detailed showing of diligence dating back to the filing of the Notice of Settlement on February 4, 2022.  *Id.*

      On September 19, 2022, the parties filed a third further joint status report regarding the settlement, stating they had completed the long-form settlement agreement and that it was with the parties for signature.  Dkt. 32.  The parties further stated that Plaintiff intends to file a motion seeking preliminary approval of the settlement once the long-form agreement has been fully executed.  *Id.*  The parties do not explain why they have not been able to fully execute the settlement agreement and file a motion for preliminary approval of class action settlement within the <u>seven</u> months since they filed their Notice of Settlement, offer any facts to establish diligence, or even propose a date by which Plaintiff intends to file the motion.

      Accordingly, the court DISMISSES the action for lack of prosecution.  *See* Fed. R. Civ. P. 41(b).  This dismissal is without prejudice.

      IT IS SO ORDERED.

                                                                                                       :

Initials of Preparer    tf